David Lawrence Oberg, State Bar No. 137538
LAW OFFICES OF DAVID LAWRENCE OBERG
A Professional Corporation
23679 Calabasas Road, Suite 541
Calabasas, California 91302
Telephone: (818) 223-9384
Facsimile: (818) 743-7612
Email: David@ObergLawAPC.com

Attorneys for David Gould,
Former Estate Representative

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA--SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>QUALITY HOME LOANS,<br><br>Reorganized Debtor.<br>-----------------------------------------------------------<br>DAVID GOULD, the former Estate Representative for Quality Home Loans,<br><br>Plaintiff,<br><br>vs.<br><br>ALFREDO MACIAS; VICTOR MORALES; ALVIN WALDEN; ANDRES ROSALES; ANGEL J. PEREZ-MORALES; ARNOLDO ROBINSON; BARBARA J. WILLIAMS; BEATRICE NASH; BOB RICHMOND; BRYAN LOWERY; CAESAR ACEITUNO; CARLA DENISE WESLEY; CARLOS R. NUNEZ; CONNIE B. JOHNSON; CRAIG VERNON; DANIEL JOHNSON; DAVID L. BART III; DEAN JONES; DEBORAH L. DAVIS; DEL G. AZCUETA; DIANA JOHNSON-THOMAS; DITAGI J. GREENE; DRAPER & GOLDBERG, PLLC; EDWARD HERVEY; ELLIOTT RUBEN; GWENDOLYN GROVE-WILLIAMS; J. KRISTOPHER TOMERLIN; JACQUELINE O'NEILL; JAIME DIEZ, JR.; JAMEY GUILLERMO; JEREMY D. HENDERSON; JOHN PAUL COWAN; JORGE CERVANTES; JOSEPH DONALD BAILEY; JOSEPH LEWIS; JOSEPH LOGAN; JUAN ANTONIO ROMERO; KATIE JONES; KEVIN | Case No. 1:07-bk-13006 GM<br>Adv. Proc. No.<br>Chapter 11<br><br>**COMPLAINT IN INTERPLEADER**<br><br>**Status Conference**<br><br>**[See Summons]** |

-1-

F. SANBORN; KEVIN WILLIAMS; KIRK PARHAM; LASHAWN MCCALL; LAWRENCE ATKINSON; LEIGHTON L. JOHNSON JR.; LEWIS CUNNINGHAM III; LORENA CERON; LUCY A. ROMERO; LUZ MARIA MORALES; MARIBEL JONES; MARY HELEN B. MILANES; MICAELA SEDANO; MICHAEL O. FOX; NATHAN C. NYE JR.; NATIONAL FIELD REPRESENTATIVE; NORRAL MATTHEW; ODNEY BREDY; PARNELLI DAVIS; RAMON MARQUEZ; REYNA REYNOSO; RICARDO RAMIREZ; RICHARD B. BARTIK; RITA M. DURKEE; SAMMIE MILDRED BURTON; SANDRA GALE MARTINO; SAUL ORTEGA; SOLEDAD MEZA; VIRGINIA ROBINSON; RC CONSTRUCTION; ELEANOR WARD; FILIPE GODINA; and BERNITA CARSTAIRS.

Defendants.

Plaintiff, David Gould, in his capacity as the former Estate Representative for Quality Home Loans ("Plaintiff"), alleges as follow:

## I. JURISDICTION AND VENUE

1. On August 21, 2007, Quality Home Loans ("Debtor") filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code.

2. On October 31, 2007 the Court entered an order approving the appointment of Plaintiff as the Chapter 11 Trustee for the Debtor's estate. On August 31, 2009, the Court entered its order confirming the joint liquidating Chapter 11 Plan ("Plan") proposed by the Committee and Plaintiff. The Plan became effective on September 3, 2009. Plaintiff was appointed as the Estate Representative under the confirmed Plan.

3. On December 1, 2015, Plaintiff filed his Motion for Order: (1) Approving Entry Into Remnant Assignment Agreement; (2) Approving Final Report and Account and Distributions; and (3) Discharging Estate Representative and Entering Final Decree Closing Case ("Motion") [ECF 743] In the Motion, Plaintiff advised the Court that he had fully administered the Debtor's Chapter

-2-

11 estate, except that he was holding approximately $98,779.33 in unclaimed trust funds ("QHL Trust Funds"). As such, Plaintiff advised the Court that he intended to interplead the QHL Trust Funds with the Clerk of the United States Bankruptcy Court ("Clerk").

4. The Court granted the Motion pursuant to an order entered on December 28, 2015. [ECF 750] The Court discharged Plaintiff as the Estate Representative, and entered a Final Decree in the Debtors' case. However, the Court authorized Plaintiff to commence an interpleader action concerning the QHL Trust Funds. In accordance with that order, Plaintiff has commenced the within action in his capacity as the former Estate Representative.

5. Jurisdiction of this matter is originally vested in the United States District Court for the Central District of California pursuant to 28 U.S.C. §1334 and 11 U.S.C. §§ 105, 1142, and 1143. The United States District Court has referred this matter to the Court pursuant to 28 U.S.C. §157(a). The Court has jurisdiction to hear this matter as a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A), (B), (K), (L) and (O). Venue is proper in this Court pursuant to 28 U.S.C. §1408.

## II. IDENTIFICATION OF THE PARTIES

6. Plaintiff is the former Estate Representative for the Debtor's estate.

7. Attached hereto as Exhibit "1" and incorporated herein by this reference is a table that identifies each defendant named in this action, and the last known contact information for each defendant.

8. In addition, Exhibit "1" identifies the maximum dollar amount which Plaintiff reasonably believes that the defendant is entitled to receive.

## III. FIRST CLAIM FOR RELIEF
(Interpleader)

9. Plaintiff repeats, realleges and incorporates by reference herein Paragraphs 1 through 8, inclusive, of this Complaint as though fully set forth hereat.

10. Plaintiff is currently holding the QHL Trust Funds which has a balance of

-3-

approximately $87,000. This balance reflects the fact that Plaintiff was able to distribute a portion of the QHL Trust Funds to claimants that were located by the Plaintiff after Plaintiff filed the Motion with the Court. Plaintiff believes that each of the named defendants in this action has a claim to a remaining portion of said QHL Trust Funds, up to the maximum amount set forth in Exhibit "1" hereto.

11.  Plaintiff claims no interest in the QHL Trust Funds, other than the right to seek an award of attorneys' fees and costs as provided for below, and subject to the approval by the Court.

12.  Plaintiff is ready and willing to pay the person or persons that are legally entitled to their portion of the QHL Trust Funds; however, Plaintiff has been unable to locate any of the defendants named herein, despite Plaintiff's reasonable due diligence.

13.  Plaintiff brings this action without collusion, with the intent to have any portion of the QHL Trust Funds which are not claimed by the defendants herein, turned over to the Clerk as "unclaimed property" in accordance with 11 U.S.C. §347.

14.  Plaintiff will file a motion in accordance with Local Bankruptcy Rule 7067-1 seeking authority to deposit the QHL Trust Funds with the Clerk of the Court.

15.  Plaintiff has incurred, and will incur, attorneys' fees and costs in connection with this action. Plaintiff will seek reimbursement of all such fees and costs from the QHL Trust Funds, subject to the approval of this Court.

16.  Since the Plan is silent at to any "unclaimed" funds, and the Debtor's business is no longer operational, Plaintiff proposes that any portion of the QHL Trust Funds that remain unclaimed should be treated in a manner consist with unclaimed property in a Chapter 7 Case under 11 U.S.C. §347(a), and that such funds should be paid into the Court.

WHEREFORE, Plaintiff prays for judgment against defendants as follows:

1.  That defendants be required to interplead their claims in this matter.

2. That Plaintiff be discharged from all liability to defendants or any of them in respect to the QHL Trust Funds, which is the subject matter of the interpleader.

3. That Plaintiff be awarded his reasonable attorneys' fees and costs, out of the subject matter of the interpleader, including without limitation, such costs of publication and mailings in this adversary proceeding.

4. That all parties to the action be restrained from initiating or further prosecuting any other proceeding against Plaintiff in any court affecting the rights and obligations as between the parties to this action.

5. For such other and further relief as the Court deems just and proper.

Dated: May 23, 2016    Law Offices of David Lawrence Oberg, APC


By: */s/ David Lawrence Oberg*
David Lawrence Oberg
Attorneys for David Gould,
Former Estate Representative

| NAME | ADDRESS | CITY | STATE | ZIP | Amount |
|---|---|---|---|---|---|
| ALFREDO MACIAS & VICTOR MORALES | 4708 NORTH 55TH AVENUE | PHOENIX | AZ | 85031 | $ 3,407.00 |
| Alvin Walden | 122 Village Lane | Daly City | CA | 94015 | 1,651.27 |
| Andres Rosales | 9166 Cerritos Avenue #73 | Anaheim | CA | 93257 | 191.04 |
| Angel J. Perez-Morales | 3684 Lowry Drive | North Highlands | CA | 95660 | 2,750.76 |
| Arnoldo Robinson | 764 Sprig Way | Los Banos | CA | 93635 | 64.35 |
| BARBARA J. WILLIAMS | 13210 10TH STREET | BOWIE | MD | 20715 | 4,426.82 |
| Beatrice Nash | 40322 165th Street East | Palmdale | CA | 93611 | 746.79 |
| Bob Richmond | 47757 93rd Street West | Lancaster | CA | 93536 | 699.00 |
| BRYAN LOWERY | 3491 RAWHIDE LANE | CHINO | CA | 91710 | 398.47 |
| Caesar Aceituno | 11225 Mitony Ave | Whittier Area | CA | 90044 | 285.33 |
| CARLA DENISE WESLEY | 19018 ANDMARK AVENUE | CARSON | CA | 90746 | 341.42 |
| Carlos R. Nunez | 486 South Alta Vista Street | Porterville | CA | 90007 | 112.96 |
| CONNIE B. JOHNSON | 7657 NORTH WINDING TRAIL | PRESCOTT VALLEY | AZ | 86314 | 500.00 |
| CRAIG VERNON | 371 SAN MARTIN DRIVE | BIG BEAR CITY | CA | 92314 | 63.17 |
| DANIEL JOHNSON | 626 AUSTIN STREET | DELANO | CA | 93215 | 673.44 |
| David L. Bart III | 24888 Kalima Avenue | Moreno Valley | CA | 92553 | 239.78 |
| Dean Jones | 16465 Green Tree Boulevard #13 | Victorville | CA | 93930 | 1,069.45 |
| DEBORAH L. DAVIS | 18 VILLA DRIVE | SAN PABLO | CA | 94806 | 100.99 |
| Del G. Azcueta | 6863 Parapet Street | Long Beach | CA | 90808 | 391.62 |
| DIANA JOHNSON-THOMAS | 5700 ELK SPRING WAY | ELK GROVE | CA | 95758 | 1,045.89 |
| Ditagi J. Greene | 23225 Sonnet Drive | Moreno Valley | CA | 92557 | 53.16 |
| Draper & Goldberg, PLLC | 44050 Ashburn Shopping Plaza, Suite 195 | Ashburn | VA | 20147 | 350.00 |
| EDWARD HERVEY | 11108 RINGWOOD AVENUE | SANTA FE SPRINGS | CA | 90670 | 66.05 |
| ELLIOTT RUBEN | 24622 BRIGHTON DRIVE UNIT B | VALENCIA | CA | 91355 | 553.34 |
| GWENDOLYN GROVE-WILLIAMS | 12925 SHEARWATER PLACE | VICTORVILLE | CA | 92392 | 274.40 |
| J. Kristopher Tomerlin | 531 Wallace Avenue | Vallejo | CA | 94590 | 2,437.50 |
| JACQUELINE O'NEILL | 2124 CALVILLE STREET # 102 | LAS VEGAS | NV | 89128 | 325.62 |
| Jaime Diez, Jr. | 4212 J Street | San Diego | CA | 93950 | 1,078.80 |
| Jamey Guillermo | 116 South Doree Street | Poterville | CA | 90304 | 18.65 |
| JEREMY D. HENDERSON | 5948 EAST ARROYO LINDO | APACHE JUNCTION | AZ | 85219 | 715.80 |
| JOHN PAUL COWAN | 8614 DUNWOODIE ROAD | SANTEE | CA | 92071 | 14,597.22 |
| Jorge Cervantes | 1612 Marion Drive | Bakersfield | CA | 93304 | 2,574.03 |
| Joseph Donald Bailey | 15051 Crawford Avenue | Adelanto | CA | 92301 | 10.93 |
| JOSEPH LEWIS | 7160 E. Fillmore Street | Port Orchard | WA | 98366 | 650.00 |

| Name | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|
| Joseph Logan | 936 East Florence Avenue | Fresno | CA | 93706 | 977.00 |
| Juan Antonio Romero | 11162 Santa Fe Avenue | Lynwood | CA | 90262 | 41.54 |
| KATIE JONES | 1615 EAST 124TH STREET | COMPTON | CA | 90222 | 1,123.33 |
| KEVIN F. SANBORN | 3361 BIG DALTON AVENUE | BALDWIN PARK | CA | 91706 | 1,272.16 |
| Kevin Williams | 3380 Cambridge Street | Las Vegas | NV | 89169 | 69.76 |
| Kirk Parham | 14 Corniche Drive #A | Dana Point | CA | 92629 | 0.67 |
| LASHAWN MCCALL | 6229 TISHIMINGO COURT | CITRUS HEIGHTS | CA | 95621 | 28.47 |
| LAWRENCE ATKINSON | 3641 NORTHWEST 33RD TERRACE | LAUDERDALE LAKES | FL | 33309 | 70.31 |
| LEIGHTON L. JOHNSON JR. | 20845 COCHISE AVENUE | BARSTOW | CA | 92311 | 91.79 |
| LEWIS CUNNINGHAM III | 4804 BURLAND AVENUE | BALTIMORE | MD | 21206 | 118.39 |
| Lorena Ceron | 31430 Avenida El Pueblo | Cathedral City | CA | 93270 | 68.12 |
| LUCY A. ROMERO | 180 EAST VALLEY STREET | SAN BERNARDINO | CA | 92408 | 64.80 |
| Luz Maria Morales | 1480 East 22nd Street | Los Angeles | CA | 93030 | 155.31 |
| MARIBEL JONES | 2767 NORTH MOUNT VIEW | SAN BERNARDINO | CA | 92405 | 1,048.38 |
| Mary Helen B. Milanes | 523 English Street | Santa Ana | CA | 95360 | 108.69 |
| Micaela Sedano | 728 West 142nd Street | Gardena | CA | 90247 | 125.00 |
| MICHAEL O. FOX | 31804 126TH AVENUE SOUTHEAST | AUBURN | WA | 98092 | 247.56 |
| Nathan C. Nye Jr. | 21994 Tanager Street | Grand Terrace | CA | 91764 | 58.56 |
| National Field Representative | 136 Maple Avenue | Claremont | NH | 03743 | 195.00 |
| Norral Matthew | 1343 West 36th Place | Los Angeles | CA | 94401 | 2,785.23 |
| ODNEY BREDY | 1341 NORTHWEST 9TH STREET | HOMESTEAD | FL | 33030 | 1,554.21 |
| Parnelli Davis | 38726 Lemsford Avenue | Palmdale | CA | 90037 | 118.26 |
| Ramon Marquez | 746 Stacey Avenue | El Centro | CA | 93305 | 497.77 |
| Reyna Reynoso | 75 Cathcart Avenue | Sacramento | CA | 93550 | 1,374.58 |
| Ricardo Ramirez | 8788 Valley View Street #A | Buena Park | CA | 92555 | 863.17 |
| Richard B. Bartik | 828 Jazz Court | San Jose | CA | 92346 | 160.90 |
| Rita M. Durkee | 2704 Tirol Drive | Frazier Park | CA | 91706 | 2,110.42 |
| Sammie Mildred Burton | 650 North Delaware Street | Chandler | AZ | 85225 | 14,204.60 |
| SANDRA GALE MARTINO | 920 GLENDORA DRIVE | OCEANSIDE | CA | 92057 | 412.50 |
| SAUL ORTEGA | 734 EAST 121ST PLACE | LOS ANGELES | CA | 90059 | 399.93 |
| Soledad Meza | 5332 Begonia Road | Phelan | CA | 93722 | 1,308.47 |
| Virginia Robinson | 174 North Fulton Avenue | Fresno | CA | 92410 | 54.69 |
| RC Construction | No contact infformation | | | | 13,226.27 |
| Eleanor Ward | No contact infformation | | | | 200.00 |
| Filipe Godina | No contact infformation | | | | 33.13 |

| Bernita Carstairs | No contact infformation | | | | 1.80 |
|---|---|---|---|---|---|
| Grand Total | Total | | | | **$ 88,035.82** |